UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSA ASENCIO,

                           Plaintiff,

          -against-

MICHAELS STORES, INC.,

                         Defendant.
------------------------------------------------------------X

21-CV-8269 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

       On May 3, 2022, I granted an extension of time to complete discovery and directed the parties to "file a proposed amended case management plan" in light of the extension by "May 10, 2022." (Doc. 11.) That deadline has passed, and the parties have not yet filed the proposed amended case management plan. Accordingly, they must do so by May 18, 2022. Failure to do so may result in dismissal of this action for failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    May 12, 2022
             New York, New York

                                                 _____
                                                 VERNON S. BRODERICK
                                                 United States District Judge