UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
ROSA ASENCIO,                                              :
:
                        Plaintiff,         :
:   21-CV-8269 (VSB)
          -against-                                :
:   **ORDER**
:
MICHAELS STORES, INC.,                                     :
:
                      Defendant.     :
----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      It has been reported that the parties have reached a settlement in principle.  (Doc. 15.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: June 24, 2022
       New York, New York

                                                     Vernon S. Broderick
                                                     United States District Judge